UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

------------------------------

In re:                                                                       Case No. 21-42297 KLT

      *Barbara J Stark,*                                           Chapter 13 Case

                            Debtor.

------------------------------

## NOTICE OF CONTINUED HEARING ON TRUSTEE'S
## MOTION TO DENY DISCHARGE

**TO:** Barbara J. Stark, Debtor's Counsel, the U.S. Trustee, all creditors and any other entities as specified in Local Rule 9013-3.

Please take notice that the hearing on Gregory A. Burrell, the chapter 13 trustee's motion to deny discharge, a copy of which is included herewith, has been continued to April 28, 2022, at 10:30 A.M. at the U.S. Bankruptcy court, Courtroom 2B, 316 North Robert Street, St. Paul, MN 55101.

Any response to the motion must be filed and served for delivery by no later than **Friday April 22, 2022**, which is five days before the set time of the hearing (including Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

                                                                       Gregory A. Burrell, Chapter 13 Trustee

Dated: March 14, 2022                             By: <u>/e/ Heather M. Forrest</u>
                                                                        Jeffrey M. Bruzek, ID # 319260
                                                                        Heather M. Forrest, ID # 398764
                                                                        Counsel for Chapter 13 Trustee
                                                                        100 South Fifth Street, Suite 480
                                                                        Minneapolis, MN 55402
                                                                        (612) 338-7591

UNITED STATES BANKRUPTCY COURT
DISKTRICT OF MINNESOTA
FOURTH DIVISION

------------------------------
In re:                                                                               Case No. 21-42297 KLT

*Barbara J Stark,*                                                        Chapter 13 Case

          Debtor.
------------------------------

### UNSWORN DECLARATION FOR PROOF OF SERVICE

I, Linda Goneau, employed by Gregory A. Burrell, chapter 13 trustee, declare that on March 14, 2022, I served the attached Notice of Continued Hearing on Motion to Determine Eligibility for Discharge and proposed Order on all filing users and others who have consented to electronic service in this case, by electronic mail, as disclosed on the Notice of Electronic Filing herein, and on the individuals or entities listed below, in the manner described:

**By first class U.S. mail, postage prepaid:**

Barbara J. Stark
6737 Harlan Drive
Eden Prairie, MN 55346

John D. Lamey, III via CM/ECF

All creditors and parties in interest on the matrix maintained by the court for this case.

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:  March 14, 2022                                        */e/ Linda Goneau*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

------------------------------

In re:  Case No. 21-42297 KLT

*Barbara J Stark,*  Chapter 13 Case

Debtor.

------------------------------

**ORDER REGARDING DEBTORS' ELIGIBILITY FOR DISCHARGES**

This case is before the court on the trustee's motion for an order determining Debtor Barbara J. Stark's eligibility for a discharge under 11 U.S.C. § 1328(f).

Based on the motion and the file,

IT IS ORDERED:

Debtors Barbara J. Stark is ineligible to receive a discharge in this case by reason of 11 U.S.C. § 1328(f).

DATED:

_____
Kesha L. Tanabe
United States Bankruptcy Judge